■ In the Matter of MACKSON P. McDOWALL, for Reinstate-ment to the Practice of Law. [779 NYS2d 397]—Order entered denying reinstatement with leave to renew application upon submis-

sion of proof of compliance with rule 1022.28 (22 NYCRR 1022.28) and satisfaction of outstanding attorney registration fees. Present—Pigott, Jr., P.J., Green, Hurlbutt, Kehoe and Hayes, JJ.